# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WCI | E 2183928 | PRIETO | P2020 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 09/13/2024 1432
Offense Charged: ☒ USC
Title 40 USC 1315

Place of Offense: Entrance Rd. adj Chaffee Rd. Ft. Johnson, LA 71459

Offense Description / Factual Basis for Charge: HAZMAT ☐
Use of personal mobile Electronic Device while driving

m/w/NH  PRIVE

### DEFENDANT INFORMATION
Last Name: Airhart
First Name: Toby
MI: D

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| C607196 | LA | 18 | Chevy PK | | WHT |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$200.00 Forfeiture Amount
+ $30 Processing Fee
$230.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: Edwin F. Hunter Federal Courthouse, 611 Broad St. Lake Charles, LA 70601  337-531-6143
Date: 5 Nov 24
Time: 0800

X Defendant Signature: [signed]

Original - CVB Copy
*E2183928*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 Sept, 20 24 while exercising my duties as a law enforcement officer in the Western District of Louisiana

See attached

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/13/2024  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/23/2024 12:54